UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ORLANDO RUIZ                                          :
                                                      :
          Plaintiff,                                  :
                                                      :
v.                                                    :        Case No. :_____
                                                      :
PUBLIX SUPER MARKETS, INC,                            :
                                                      :
          Defendant.                                  :
                                                      :
_____ :

## DEFENDANT'S NOTICE OF REMOVAL

Defendant, Publix Super Markets, Inc. ("Publix" or "Defendant"), by and through its undersigned attorneys, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby removes this action from the Circuit Court of the Twelfth Judicial Circuit in and for Sarasota County, Florida, to the United States District Court for the Middle District of Florida, Tampa Division, and in support of such removal states:

1.      Publix is the only Defendant in this civil action filed in the Circuit Court for the Twelfth Judicial Circuit in and for Sarasota County, Florida, on or about April 16, 2019, titled *Orlando Ruiz, an individual v. Publix Super Markets, Inc, a Florida corporation*, Case No. 2019-CA-002067-NC (hereinafter, the "State Court Action").

2.      Plaintiff's Complaint alleges violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C § 2000e ("Title VII") and the Florida Civil Rights Act of 1992 ("FCRA").

3.      Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a state court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

4.      Because Plaintiff raises a claim under Title VII, this action presents a federal question that is removable pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1331. Moreover, this Court has supplemental jurisdiction over Plaintiff's state law claims because they are so related to the Title VII claims that it forms part of the same case or controversy. 28 U.S.C. §1367(a).  In fact, the FCRA state law claims are premised on the same facts as the Title VII claims.

5.      Because the conduct alleged in the Complaint relates to Plaintiff's employment with Publix in Sarasota County, Florida, all conduct is alleged to have occurred within Sarasota County, Florida, and Plaintiff filed his Complaint in the Circuit Court of the Twelfth Judicial Circuit in and for Sarasota County, Florida, Publix files this Notice in the Tampa Division of the United States District Court for the Middle District of Florida. (*See* the Summons and Complaint, attached as **Exhibit A** hereto.)

6.      The Summons and Plaintiff's Complaint in the State Court Action were served upon Publix via its Registered Agent on April 29, 2019. (*See Id*.) This removal is therefore timely as it is filed within thirty (30) days after receipt of the Summons and Complaint. *See* 28 U.S.C. §1446(b).

7.      Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served on Publix, are attached hereto as composite ***Exhibit A.***

8.      Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice will be served on Plaintiff, the only adverse party, and a copy of this Notice will also be filed with the Circuit Court of the Twelfth Judicial Circuit in and for Sarasota County, Florida, a copy of which is attached hereto as ***Exhibit B***.

Therefore, removal is appropriate pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446.

WHEREFORE, on the basis of the foregoing, Publix respectfully submits that removal of this action from the Circuit Court of the Twelfth Judicial Circuit in and for Sarasota County, Florida to this Court is proper.

Respectfully submitted,

FORDHARRISON LLP

By: /s/ Luis A. Santos
    Tammie L. Rattray
    Florida Bar No. 0128619
    trattray@fordharrison.com
    Luis A. Santos
    Florida Bar No. 0084647
    lsantos@fordharrison.com

    101 E. Kennedy Boulevard, Suite 900
    Tampa, Florida 33602
    Telephone (813) 261-7800
    Facsimile (813) 261-7899

    Attorneys for Defendant Publix Super
    Markets, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 20, 2019, a true and correct copy of the foregoing has been served by e-mail and U.S. First Class Mail upon:

Stephen L. Barker
slb@stephenbarkerlaw.com
The Law Office of Stephen Barker
1515 North Federal Highway, Suite 108
Boca Raton, FL 33432

/s/ Luis A. Santos
Attorney

WSACTIVELLP:10532547.1